# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ALFREDO CHAIDEZ | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CV 22-6986 CAS |
| v. | |
| JPMORGAN CHASE AND CO., ET AL. | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01 |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned holds a financial interest in a named party.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 21-01.

This self-recusal has been Ordered:
- [✓] within 120 days of the Court being assigned said case.
- [ ] after 120 days of the Court being assigned said case.

September 28, 2022
Date

*Christine A. Snyder*
United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **Percy Anderson**. On all documents subsequently filed in this case, please substitute the initials **PA** after the case number in place of the initials of the prior judge so that the case number will read: **2:22-cv-06986 PA(ASx)**.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  [ ] Previous Judge    [ ] Statistics Clerk

CV-52 (03/21)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01